UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COEXIST, LLP,                     ) | | |
|     Plaintiff,            ) | | |
|                           ) | | |
|   vs.                        ) | | 1:05-cv-0673 RLY/WTL |
|                           ) | | |
| CAFEPRESS.COM, TEES.COM LLC,   ) | | |
| ATHEISTS-ONLINE.COM, THIERRY   ) | | |
| MIRAMBEAU,                     ) | | |
|     Defendants.            ) | | |

**ORDER DENYING DEFENDANT AND COUNTERCLAIMANT
CAFEPRESS.COM'S MOTION TO AMEND THE CONSENT JUDGMENT**

On February 15, 2006, this court approved a consent judgment filed by Plaintiff Coexist, LLP and Defendant Atheists-Online.com, resolving the claims between them. The matter is now before the court on Defendant and Counterclaimant CafePress.com's ("CafePress") Motion to Amend the Consent Judgment. Therein, CafePress contends that the consent judgment should be amended, pursuant to Federal Rule of Civil Procedure 59(e), because the court did not make an express finding that there is no just reason for delay in entering the consent judgment.

CafePress first argues that there is just reason for delay because of the overlap between the claims that have been resolved and those that remain pending. The court disagrees. The consent judgment specifically states that it does not affect Coexist's claims against CafePress. (Consent Judgment ¶ 15).

1

CafePress then argues that it could be held liable for Atheists-Online's hypothetical future violation of the consent judgment. This argument is entirely speculative and does not establish "plain legal prejudice." *Quad/Graphics, Inc. v. Fass*, 724 F.2d 1230, 1233 (7th Cir. 1983).

Upon review of the parties' briefs and the relevant law, the court finds that amendment of the consent judgment would serve no useful purpose. CafePress's Motion to Amend (Docket # 79) is therefore **denied**.

Dated: May 12, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to:

Raphael A. Gutierrez
MANATT PHELPS & PHILLIPS LLP
rgutierrez@manatt.com

Gregory Forrest Hahn
TABBERT HAHN EARNEST & WEDDLE LLP
greghahn@tabberthahn.com

Angela L. Hamm
KRIEG DEVAULT
ahamm@kdlegal.com

Linda H. Havel
TABBERT HAHN EARNEST & WEDDLE LLP
lhavel@tabberthahn.com

David Allen Lundy
KRIEG DEVAULT LUNDY LLP
dlundy@kdlegal.com

Jill M. Pietrini
MANATT PHELPS & PHILLIPS LLP
jpietrini@manatt.com

Stephen Lewis Vaughan
INDIANO VAUGHAN ROBERTS & FILOMENA
steve@iplawindiana.com

Alastair J. Warr
KRIEG DEVAULT
awarr@kdlegal.com